JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

GENE NEVILLE HALL, III,                    )    Case No. EDCV 16-01448-FMO (JDE)
                                           )
                    Petitioner,            )    JUDGMENT
                                           )
          v.                               )
                                           )
                                           )
SCOTT KERNAN,                              )
                                           )
                    Respondent.            )
                                           )
_____   )

     Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:  February 12, 2018


                         _____/s/_____
                         FERNANDO M. OLGUIN
                         United States District Judge